Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| | ) CASE NO.: 2:13-cv-06070-RNB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) [PROPOSED] ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, | ) EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($5,400.00) subject to the terms of the stipulation.

DATED: June 05, 2015                     _____
                                          HONORABLE ROBERT N. BLOCK
                                          UNITED STATES MAGISTRATE JUDGE

-1-